UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:21-cv-00567-FMO-SHK | Date: | November 2, 2022 |
|---|---|---|---|
| Title: | Richard Tetsuo Osaki v. The San Bernardino Cnty. Sheriff Dep't W. Valley Det. Ctr. Drs., Staff Pers., et al.. | | |

Present: The Honorable  Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) ORDER TO SHOW CAUSE**

On September 28, 2022, the Court issued its Order Dismissing First Amended Complaint with Leave to Amend ("ODLA"). Electronic Case Filing ("ECF No.") 17.   The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired.  Plaintiff's Second Amended Complaint ("SAC") was due on before October 19, 2022. To date, Plaintiff has failed to file a SAC within the allotted time, nor has he requested an extension of time within which to do so.

Accordingly, on or before **November 16, 2022**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desires to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court a SAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a SAC.

Plaintiff is forewarned that, failure to do either of the provided options, the Court **will** deem such failure a further violation of a Court order justifying dismissal, and also deem such failure as further evidence of a lack of prosecution on Plaintiff's part.

**IT IS SO ORDERED.**