UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:21-cv-00567-FMO (SHK) | Date: | June 27, 2023 |
|---|---|---|---|
| Title: | *Richard Tetsuo Osaki v. The San Bernardino County Sheriff Department, et al.* | | |

| Present: The Honorable | Shashi H. Kewalramani, United States Magistrate Judge |
|---|---|

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER RE FAILURE TO UPDATE ADDRESS**

The operative complaint in this matter is Plaintiff Richard Osaki's ("Plaintiff") Third Amended Complaint ("TAC") filed on March 1, 2023. Electronic Case Filing Number ("ECF No.") 27, TAC. On May 26, 2023, the Court issued its Report and Recommendation as well as a Notice of Filing Report and Recommendation ("R&R"), ECF No. 30, 31. On that same date, the Clerk mailed the R&R to the address of record as provided by Plaintiff. The postal service returned the mailings as "Return to Sender/ Not in Custody" (ECF No. 32, 33).

Based on the recent return mail, the Court suspects that Plaintiff failed to properly inform the Court of his updated address. Local Rule 41-6 requires a pro se to keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

IT IS ORDERED that Plaintiff must notify the Court, in writing, on or before **July 11, 2023**, of his current address.

**Plaintiff is cautioned that failing to update his current address by the foregoing deadline will result in a recommendation that this action be dismissed for failure to prosecute.**

   **IT IS SO ORDERED.**