JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TETSUO OSAKI, | Case No. 5:21-cv-00567-FMO-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE SAN BERNARDINO COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Complaint, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: July 31, 2023

/s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge